FELONY

**08CR    401**

FILED

AUG 21 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE ZAGEL

MAGISTRATE JUDGE ASHMAN

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐    YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint:

   08 CR 401, U.S.v. Isaiah Hicks, et al., Ashman

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?    NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO X    YES ☐

6) What level of offense is this indictment or information?    **FELONY X    MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**    NO ☐    YES X

8) Does this indictment or information include a conspiracy count?    NO ☐    YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ☐ Income Tax Fraud  (II) | X DAPCA Controlled Substances .... (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses .... (IV) |
| ☐ Bank robbery ........... (II) | ☐ Other Fraud ........... (III) | ☐ Immigration Laws .............. (IV) |
| ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
| ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ............. (IV) |
| ☐ Assault ................ (III) | ☐ Forgery .............. (III) | ☐ Motor Carrier Act ............... (IV) |
| ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........... (IV) |
| ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes ........... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

   21 USC § 846          21 USC § 843(b)
   21 USC § 841(a)(1)    21 USC § 856(a)(2)
   18 USC § 2
   18 USC § 924(c)
   18 USC § 922(g)

   Sharon Fairley
   Assistant United States Attorney

(Revised 12/99)