UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-5 |
| | ) | Hon. James B. Zagel |
| DANIEL COPRICH | ) | |

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Indictment:

(1)   On or about February 20, 1991, the defendant was convicted of possession of a controlled substance (cocaine) with intent, in the Circuit Court of Cook County, Illinois, in case number 91CR0320801.  The defendant was sentenced to 30 months of probation.

(2)   On or about April 27, 1993, the defendant was convicted of possession of a controlled substance (cocaine) with intent, in the Circuit Court of Cook County, Illinois, in

case number 93CR0674201. The defendant was sentenced to four years' imprisonment in the Illinois Department of Corrections.

(3)   On or about October 1, 1998, the defendant was convicted of manufacturing/delivery of cocaine, in the Circuit Court of Cook County, Illinois, in case number 96CR1648602. The defendant was sentenced to six years' imprisonment in the Illinois Department of Corrections.

(4) On or about February 10, 2003, the defendant was convicted of possession of a controlled substance other than methamphetamine, in the Circuit Court of Cook County, Illinois, in case number 02CR2162901. The defendant was sentenced to two years of probation.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 charged in Count One of the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii).

Dated:    Chicago, Illinois
          August 26, 2007

                                           Respectfully submitted.
                                           PATRICK J. FITZGERALD
                                           United States Attorney

                                 By:    /s/Sharon R. Fairley
                                           SHARON R. FAIRLEY
                                           Assistant United States Attorney
                                           219 S. Dearborn Street
                                           Chicago, Illinois  60604
                                           (312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-5 |
| | ) | Hon. James B. Zagel |
| DANIEL COPRICH | ) | |

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF), the **INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**, was served pursuant to the district court's ECF system as to ECF filers, and that such filing will give notice to all parties.

By:   /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-0951